UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| REGINALD LAVON JACKSON, | ) | CASE NO. 23-54278 TJ23 |
| AND VALERIE LASHAWN JACKSON, | ) | |
| | ) | |
| DEBTORS. | ) | |

**AMENDMENT TO SCHEDULES**

**COME NOW** the Debtors in the above-styled Chapter 13 Case, and files this "Amendment to Schedules" and shows as follows:

(1) Debtors hereby amend the *Statement of Financial Affairs* and *Summary of Your Assets and Liabilities and Certain Statistical Information* by substituting the attached schedules for those originally filed.

**WHEREFORE**, Debtors pray:

(a) The above amendment to the schedules be approved, as amended;
(b) Such other and further relief as is just and proper.

**Dated: June 26, 2023**

/s/_____
Roderick H. Martin
Georgia Bar No. 473510
Attorney for Debtors

**Roderick H. Martin Law, P.C.**
279 Washington Ave NE
Marietta, GA 30060-1980
770.427.5853
770.427.5869 (fax)
rmartin@cutdebt.com

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

The undersigned debtors state under penalty of perjury that the facts contained in the foregoing AMENDMENT are true and correct to the best of his/her information and belief.

/s/
Reginald Lavon Jackson

/s/
Valerie Lashawn Jackson

## CERTIFICATE OF SERVICE

This is to certify that pursuant to B.R. 1009 I have sent a copy of the foregoing **AMENDMENT** via email to the Chapter 13 Trustee: Office of Melissa Davey, as well as to the Debtors.

Lisa B. Burnette:     lburnette@njwtrustee.com

Maria Joyner:        mjoyner@njwtrustee.com

Reginald Jackson:    reggiejackson917@gmail.com

Valerie Jackson:     jacksonval01@gmail.com

**Dated: June 26, 2023**

By:    /s/ Roderick H. Martin
Roderick H. Martin